JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorney for Defendant Exel, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JASON HARGIS,<br><br>    Plaintiff,<br><br>vs.<br><br>EXCEL, INC., a Massachusetts Corporation;<br>WAL-MART STORES, INC., a Delaware<br>Corporation; PASKIN PROPERTIES (1900<br>AEROJET), LLC, a Delaware limited liability<br>company; DOES 1 - V AND ROE ENTITIES<br>VI-X, inclusive.<br><br>    Defendants. | CASE NO.: 2:16-cv-00122-RCJ-PAL |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff JASON HARGIS ("Plaintiff") and Defendants EXCEL, INC., WAL-MART STORES, INC. and PASKIN PROPERTIES (1900 AEROJET), LLC ("Defendants") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of

///

///

///

///

///

action asserted by Plaintiff against Defendants, as set forth in the Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 7 day of September, 2016.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI | MORRIS/ANDERSON |
|---|---|
| BY: _____<br>JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant Exel, Inc. | BY: _____<br>NICHOLAS R. ANDERSON, ESQ.<br>Nevada Bar No. 13815<br>716 S. Jones Blvd.<br>Las Vegas, Nevada 89107<br>Attorneys for Plaintiff |
| PHILLIPS, SPALLAS & ANGSTADT, LLC | LAW OFFICE OF CLAYSON & MIKESELL |
| BY: _____<br>MELANIE L. THOMAS, ESQ.<br>Nevada Bar No. 12576<br>504 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Wal-mart Stores, Inc. | BY: _____<br>JULIE A. FUNAI, ESQ.<br>Nevada Bar No. 008725<br>7201 W. Lake Mead Blvd., Ste. 106<br>Las Vegas, Nevada 89128<br>Attorneys for Paskin Properties (1900 Aerojet), LLC |

## ORDER

IT IS SO ORDERED.

DATED this 8th day of September, 2016.

_____
HONORABLE U.S. DISTRICT COURT
JUDGE ROBERT C. JONES

action asserted by Plaintiff against Defendants, as set forth in the Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this _____ day of _____, 2016.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI<br><br>BY: _____<br>JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant Exel, Inc. | MORRIS/ANDERSON<br><br>BY: _____<br>NICHOLAS R. ANDERSON, ESQ.<br>Nevada Bar No. 13815<br>716 S. Jones Blvd.<br>Las Vegas, Nevada 89107<br>Attorneys for Plaintiff |
| --- | --- |
| PHILLIPS, SPALLAS & ANGSTADT, LLC<br><br>BY: /s/ *signature*<br>MELANIE L. THOMAS, ESQ.<br>Nevada Bar No. 12576<br>504 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Wal-mart Stores, Inc. | LAW OFFICE OF CLAYSON & MIKESELL<br><br>BY: _____<br>JULIE A. FUNAI, ESQ.<br>Nevada Bar No. 008725<br>7201 W. Lake Mead Blvd., Ste. 106<br>Las Vegas, Nevada 89128<br>Attorneys for Paskin Properties (1900 Aerojet), LLC |

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
HONORABLE U.S. DISTRICT COURT
JUDGE ROBERT C. JONES

action asserted by Plaintiff against Defendants, as set forth in the Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this _____ day of _____, 2016.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI<br><br>BY: _____<br>JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant Exel, Inc. | MORRIS/ANDERSON<br><br>BY: _____<br>NICHOLAS R. ANDERSON, ESQ.<br>Nevada Bar No. 13815<br>716 S. Jones Blvd.<br>Las Vegas, Nevada 89107<br>Attorneys for Plaintiff |
|---|---|
| PHILLIPS, SPALLAS & ANGSTADT, LLC<br><br>BY: _____<br>MELANIE L. THOMAS, ESQ.<br>Nevada Bar No. 12576<br>504 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Wal-mart Stores, Inc. | LAW OFFICE OF CLAYSON & MIKESELL<br><br>BY: /s/ signature<br>JULIE A. FUNAI, ESQ.<br>Nevada Bar No. 008725<br>7201 W. Lake Mead Blvd., Ste. 106<br>Las Vegas, Nevada 89128<br>Attorneys for Paskin Properties (1900 Aerojet), LLC |

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
**HONORABLE U.S. DISTRICT COURT JUDGE ROBERT C. JONES**

Page 2 of 2